The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WILLIAMSON,<br><br>               Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL MOTOR CLUB, INC., a foreign corporation doing business in the State of Washington,<br><br>               Defendant. | Cause No. 2:21-cv-1450-BJR<br><br>**STIPULATION AND ORDER TO SUBSTITUTE NAMED DEFENDANT AND CHANGE CASE CAPTION** |

**STIPULATION**

The following Stipulation is entered by and between Plaintiff Michael Williamson and Defendant Integon National Insurance Company, named erroneously on the Complaint for Money Damages as National General Motor Club, Inc.

WHEREAS on April 26th, 2021, Plaintiff filed a Complaint for Monetary Damages naming Defendant as National General Motor Club, Inc.

WHEREAS on October 25th, 2021, Defendant removed the action to the United States District Court for the Western District of Washington at Seattle.

1     The parties desire to enter into this stipulation in order to correct the Complaint for

2 Monetary Damages and all subsequent pleadings and to identify the party's true name.

3     IT IS HEREBY STIPULATED by and between the parties that the true and proper name

4 of Defendant, originally named as National General Motor Club, Inc. shall be corrected as

5 Integon National Insurance Company.

6     Accordingly, the parties respectfully request that the caption and the clerk's docket be

7 corrected to reflect the true name of Defendant to be reflected as noted herein above.

8     The foregoing stipulation is entered into this 2nd day of December 2021.

9

10 JEFFREY S. FLOYD & ASSOCIATES PLLC

11 _____

12 Jeffrey S. Floyd WSBA # 14730
Jeffrey S. Floyd & Associates PLLC
555 West Smith St, Suite 106
13 Kent, WA 98032
P 206-575-7562 F 206-575-7563
14 Jeff@jsfloydlaw.co
evan@jsfloydlaw.com
15 Zach@jsfloydlaw.com
*Attorney for Plaintiff*

16

17

18 LETHER LAW GROUP

19 */s/ Thomas Lether*
Thomas Lether, WSBA #18089
1848 Westlake Avenue N, Suite 100
20 Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
21 tlether@letherlaw.com
*Attorney for Defendant Integon*
22 *National Insurance Company*

23

STIPULATION AND ORDER TO SUBSTITUTE NAMED
DEFENDANT AND CHANGE CASE CAPTION – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**ORDER**

It is so ordered.

DATED this 10th of December 2021.

_Barbara J. Rothstein_
Barbara J. Rothstein
United States District Judge